EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Violent Crimes Section

EDRIC M. CHING #6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-Mail: Edric.Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 22 2004

at __11__ o'clock and ___ min. ___ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DENNIS SILVA, )<br>)<br>Defendant. )<br>_____) | CR. NO. CR 04-00275 SOM<br><br>INDICTMENT<br><br>[18 U.S.C. §922(g)(3); 18 U.S.C. §924(a)(2)] |

INDICTMENT

COUNT 1

[18 U.S.C. §922(g)(3) and §924(a)(2)]

The Grand Jury charges:

On or about March 1, 2004 to and including on or about March 16, 2004, in the District of Hawaii, defendant, DENNIS SILVA, then being an unlawful user of a controlled substance as

defined in Title 21, United States Code §802, knowingly possessed in and affecting commerce, firearms, to wit, 1) a Ruger semi-automatic rifle bearing serial number 480-05079, 2) a Norinco .309 caliber semi-automatic rifle bearing serial number 213297P, 3) a Ruger .22 caliber rifle bearing serial number 123-20881, 4) a Colt .223 caliber semi-automatic rifle bearing serial number MH 011 608, 5) a Bushmaster semi-automatic rifle bearing serial number L048201, 6) a Sporter rifle .308 caliber rifle bearing serial number AD6117322, 7) a Remington 12 gauge shotgun bearing serial number W594587M, 8) a Springfield Armory .40 caliber rifle with an unknown serial number, 9) a Sauer .40 caliber semi-automatic pistol bearing serial number AB 15 567, 10) a Colt .380 caliber semi-automatic pistol bearing serial number PL 19 251 and 11) a Springfield Armory .40 caliber semi-automatic pistol bearing serial number AM 21 558.

All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

### COUNT 2

[18 U.S.C. §922(g)(3) and §924(a)(2)]

The Grand Jury further charges:

On or about March 18, 2004, in the District of Hawaii, defendant, DENNIS SILVA, then being an unlawful user of a controlled substance as defined in Title 21, United States Code §802, knowingly possessed in and affecting commerce, ammunition,

to wit, over one thousand rounds of ammunition of various calibers.

All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

DATED: July 22, 2004, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Chief, Violent Crimes Section

_____
EDRIC M. CHING
Assistant U.S. Attorney

U.S.A. v. DENNIS SILVA
Cr. No. _____
"Indictment"